LAW OFFICES
# DAVID WIKSTROM
WOOLWORTH BUILDING · 233 BROADWAY · SUITE 2208
NEW YORK, NY 10279

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

January 24, 2014

The Honorable John F. Keenan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

     Re: <u>United States v. Prince Wareham, *et al.*</u>
         11 CR 912 (JFK)

Dear Judge Keenan:

    This letter is submitted in connection with sentencing of Mr. Wareham, which is set for January 30, 2014. I have reviewed the Presentence Report dated January 23, 2014 with my client, and we have no objection to its content or its guidelines calculations.

    There is one correction that we ask the Court to make, however. The second sentence of Paragraph 41 of the PSR states that Mr. Wareham has an open warrant relating to charges of Burglary in the Second Degree. According to Mr. Wareham's attorney, the case in question, <u>People v. Wareham</u>, Bx. Dkt. No. 2012BX049573, was dismissed on October 29, 2013. I have ordered the file from the Bronx court archives in order to obtain a Certificate of Disposition, which I expect to receive in advance of the date set for sentencing and will have in Court; additionally, I have asked Government counsel to update Mr. Wareham's rap sheet in advance of sentencing, so that the PSR may be corrected in this regard prior to Mr. Wareham's transfer from the MDC to his designated facility.

    Apart from that correction, we do not request any changes or amendments to the PSR.

Lastly, attached for your Honor's consideration are letters from Mr. Wareham's family in connection with sentencing.

I thank the Court for its attention and consideration.

Sincerely,

David Wikstrom

cc: Christopher Dimase, AUSA

1828 nereid ave
Bronx ny 10466
11-11-13

Dear your honor,

I am writing to you in regards to my step son prince Sean Wareham who is currently doing time. I am asking your honour for leniency towards him. I know he's make mistakes in the past but I don't think he's in the best place for rehabilitation. He's had a tough chdhood not that I'm making excuses for his behavior. He has two young children and I believe he should be out here teaching them and loving them. They need their father more than ever. I think prince has learned his lesson he's more humble than before and he's talking more positive. We have been talking and praying for him and I know god is changing him. We are optimistic that he is ready to start a new chapter in his life. His little sister also miss him very much . Our family is not the same without him. I believe that him being back home with people who love and care for him is the best thing. Please reconsider his case and look into this matter. Thank you in advance and god bless you.

Yours truly,
Barbara Mendez Wareham

To whom it may concern,

I wish that my brother prince sean wareham may be released and come home to us. I not only miss my brother but his whole family does. He is not a bad person he is loving and kind.. He has always been a great big brother to me, very understanding and supportive. I know he has made some mistakes but everyone deserves a second chance. Our home is not the same without him. Can you please send him home to his family where he is loved? I really miss him, whatever he did in the past I'm sure he has learned his lesson.

Thanks in advance,

Stephanie Wareham

1818 Nereid Ave

Bx Ny 10466

11/03/13

Dear your Honor,

   Thank you for the priviledge of writing to you on behalf of my son Prince Sean Wareham. First of all let me say he is a good boy, respectful and loving. I raised him to be so without the help of his mother in his life. The closer he tried to get to her the more she pushed him away. This troubled him a whole lot. Prince had feelings of not belonging of not being loved and this led to him joining the wrong crowd for acceptance. He has been through a lot growing up. I am asking for leniency. I have been visiting and talking to him a lot and I have seen the change. I believe this experience has taught him that it is time to change. Having a son 3 yrs old and a daughter 2 yrs old, they need him in their life. They need him to guide them and to show them right from wrong. My wife and I love him so much and is willing to help him in any way possible toward his rehabilitation and getting him on the right path. At this time we think him being there is not helping and being home around people that love and care for him would be very beneficial.

   We also believe that Prince is not guilty of the charges against him. Yes he is not totally blameless but he was having disagreement with the people involved, so he could not have been with them at the time. I also remember keeping him inside the house because they were also looking for him to harm him. I know he chose the wrong path and company but he is undeserving of the charges and does not deserve to be locked up. My son plead guilty because he was told that, that would be in his best interest. He was told that the alternative would be from 7-10 years in prison. He did not have a choice. As far as I'm concerned my son is innocent. Please consider my request I thank you in advance and god bless.

*Sean Wareham*

# NEW TESTAMENT TEMPLE CHURCH OF GOD Inc.

3350-56 Seymour Avenue, Bronx, New York 10469    Tel: 718-652-3288 Fax: 718-944-4183
Email: Nttcog@gmail.com • Website: Nttcog.org    Rev. Paul A. Peart, Senior Pastor

Oct 15, 2013

RE: Prince Wareham

**To Whom it May Concern**

Dear Sir/Madame,

I am the pastor of the above named organization. I am writing to you on the behalf of Prince Wareham of 1818 Nereid Ave, Bronx, NY 10466, who I understand is in custody and may be facing a time sentence.

The family of Prince Wareham have been members of my church for over 10 years. His father is a member of our church board and well respected. The Wareham family is a model of citizenship; hard working, and law abiding.

These values were instilled in Prince Wareham from a young age and the entire church community continue to strive to guide young men like Prince to walk in the right way. Occasionally they stray from the path and need some correction to get back in line.

It would be greatly appreciated if you would take into consideration the strong community support that is available to encourage Prince in his development into adulthood and show him some leniency.

Our church is committed to partner with law enforcement to enhance the quality of life in our communities. We do our part through moral and spiritual guidance. We promise to be there for Prince Wareham and hope with God's help that you will never see him again under similar circumstances.

Thanks for your consideration.

Sincerely yours,

*[signature]*

Paul Peart, Sr. Pastor

*"Go ye into all the world, and preach the gospel to every creature."* Mk.16:15