**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA            :
                                    :   No. 11 Cr. 912 (JFK)
     -against-                      :   No. 16 Civ. 4700(JFK)
                                    :
PRINCE WAREHAM,                     :           ORDER
                                    :
                         Defendant. :
-----------------------------------X

**JOHN F. KEENAN, United States District Judge:**

    By letter dated August 2, 2022, the Federal Defenders of New York ("Federal Defenders") move to withdraw as counsel for Defendant Prince Wareham ("Wareham") and requests that new counsel be appointed pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. (ECF No. 386.) The Government having no objection, the motion to withdraw is GRANTED. The Federal Defenders are relieved as counsel for Wareham. It is further ORDERED that Michael D. Bradley be appointed to represent Wareham in the above-captioned matter, pursuant to the CJA, effective today, August 3, 2022.

**SO ORDERED.**

Dated:  New York, New York
        August 3, 2022

                                              John F. Keenan
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/22