**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

UNITED STATES OF AMERICA,      :

                         :      22 CR. 64 (RMB)

           Government,   :      11 CR. 912 (RMB)

                         :

      - against -          :      **ORDER**

                         :

PRINCE WAREHAM,         :

                         :

           Defendant.    :
----------------------------------------------------------------x

      The sentencing previously scheduled for Tuesday, June 27, 2023 at 10:00 A.M. is hereby rescheduled to Tuesday, July 18, 2023 at 9:00AM.

      The proceeding will be held in Courtroom 17B.

Dated: June 21, 2023
      New York, NY

                         *Richard M. Berman*
                        _____
                         RICHARD M. BERMAN
                           U.S.D.J.