**BRADLEY LAW FIRM**
A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

June 21, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/23

**VIA ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *U.S. v. Prince Wareham*
      **11 Cr. 912 (RMB)**

Dear Judge Berman:

I am the attorney for the defendant, Prince Wareham, in the above-referenced matter. I write to respectfully request that the Court permit Mr. Wareham to wear civilian clothes for his sentencing, scheduled for June 27, 2023. If permitted, the defense will arrange to provide and deliver the clothing to the Metropolitan Detention Center – Brooklyn (MDC) before the sentencing date so as to prevent any delay in the proceedings. A proposed order is attached for the Court's convenience. The defense appreciates the Court's time and consideration in this matter.

Respectfully Submitted,

Michael D. Bradley, Esq.
*Attorney for Prince Wareham*

cc:   AUSA Maggie Lynaugh (*via ECF*)
      AUSA Christopher DiMase (*via ECF*)

Application granted.

SO ORDERED:
Date: 7/11/23

Richard M. Berman, U.S.D.J.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

UNITED STATES              :

    -v-                  :

                         :        [PROPOSED] **ORDER**

**PRINCE WAREHAM,**      :

                  **Defendant.**    :        **11 Cr. 912 (RMB)**

--------------------------------------------------------------X

**RICHARD M. BERMAN**, District Judge:

    **IT IS HEREBY ORDERED** that since defendant's sentencing is scheduled for ~~June 27~~ July 18,

2023, Defense Counsel will be allowed to arrange for civilian clothing to be delivered to the

Metropolitan Detention Center – Brooklyn on or before ~~June 26~~ July 17, 2023, and the Bureau of Prisons

will give the clothing to him so that he can wear the clothing at his sentencing. The clothing is

listed as follows:

    One Blazer/Sport Coat;

    One (1) shirt;

    One (1) trouser/pants;

    One (1) pair of shoes; and

    One (1) pair of socks.

**SO ORDERED**:

*Richard M. Berman*

**THE HONORABLE RICHARD M. BERMAN**
**United States District Judge**

Dated: ~~June~~ July 11, 2023
New York, New York