**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                              **ORDER**

        -against-                         S9 11 **CR.** 912  (RMB)

PRINCE WAREHAM,

                Defendant.
-------------------------------------------------------------X

      For the reasons stated on the record today, the Defendant is sentenced to time served on the above docket and the charges under 22 CR 64 are dismissed on motion of the Government.

Dated: New York, New York
       July 18, 2023

                                                *RMB*
                                **RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/23