**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,       :

                Government,     :     11 CR. 912 (RMB)

      - against -     :     **ORDER**

PRINCE WAREHAM,     :

                Defendant.     :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, September 21, 2023 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 865 410 931#

Dated: September 13, 2023
       New York, NY

                                              _____
                                                **RICHARD M. BERMAN**
                                                        **U.S.D.J.**