UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                       :
                                                :
                        Government,          :         11 CR. 912 (RMB)
                                                :
        - against -                          :         **ORDER**
                                                :
PRINCE WAREHAM,                                 :
                        Defendant.            :
-------------------------------------------------------------x

       The supervised release hearing previously scheduled for Thursday, September 21, 2023 at 11:00 A.M. is hereby rescheduled to Thursday, October 12, 2023 at 12:00 P.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 865 410 931#

Dated: September 21, 2023
       New York, NY

                                                             **RICHARD M. BERMAN**
                                                                 U.S.D.J.