UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                     :
                                              :
                              Government,   :   11 CR. 912 (RMB)
                                              :
         - against -                        :   **ORDER**
                                              :
PRINCE WAREHAM,                               :
                               Defendant.    :
-----------------------------------------------------------------x

      The supervised release hearing previously scheduled for Thursday, October 12, 2023 at 12:00 P.M. is hereby rescheduled to 9:00 A.M. on the same date.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 865 410 931#

Dated: October 2, 2023
      New York, NY

                                                                 */s/ Richard M. Berman*
                                                            **RICHARD M. BERMAN**
                                                                  **U.S.D.J.**