UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

                        -against-

PRINCE WAREHAM,

                        Defendant.
-----------------------------------------------------------X

**ORDER**

11 **CR.** 912 (RMB)

For the reasons stated on the record today, the Defendant is released on the following conditions:

- home detention (at 100-32 198 Street, Hollis, New York 11423) with electronic monitoring. Defendant may leave home to participate in the following (mandatory) conditions:

- weekly therapeutic counseling by a licensed therapist;

- weekly participation in substance abuse counseling;

-weekly in person reporting to probation;

- immediate reporting (within 48 hours) to Bronx Court to clear outstanding bench warrant;

- in person participation at supervised release hearing on May 15, 2024 at 9:00 am, Courtroom 17 B, 500 Pearl Street, New York, New York.

Defendant is also permitted to work (from 7:00 am to 7:00 pm at 2241 Conner Street, Bronx, New York 10466) and to meet with his attorney.

Within 24 hours of release from state custody, Defendant shall report to Probation, 500 Pearl Street, New York, New York, for the installation of the electronic monitoring device.

Dated: New York, New York
       April 23, 2024



_____
**RICHARD M. BERMAN, U.S.D.J.**