**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,  :  11 CR. 912 (RMB)

   - against -  :  **ORDER**

PRINCE WAREHAM,

                Defendant.
-----------------------------------------------------------------x

The supervised release hearing scheduled for Wednesday, May 15, 2024 at 9:00 A.M. will take place in Courtroom 17B.

Dated: May 8, 2024
       New York, NY

                                        RICHARD M. BERMAN
                                            U.S.D.J.