UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Prince Wareham,

*Defendant.*

[PROPOSED] ORDER  RMB

11 Cr. 912 (RMB)

### Order re: Modification of Conditions of Release

IT IS HEREBY ORDERED that the defendant's conditions of home detention, as set forth in the April 23, 2024 Order, are modified as follows:

(1) The defendant is permitted leave his home to attend the upcoming birth of his child, which the Court understands is to take place at Jacobi Hospital. Following the birth, the defendant may visit or stay at the hospital with his child and the mother of his child until they are discharged.

(2) The defendant may escort his child and the mother of his child home from the hospital to a specific address provided to probation ("Address-1") when they are discharged.

(3) Once the defendant's child and the mother of his child have returned home to Address-1, the defendant is permitted to visit them at Address-1 in order to assist with childcare.

Dated: New York, New York
      May 28, 2024

RMB
_____
HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/24