**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,              :
                                       :
                Government,   :   11 CR. 912 (RMB)
                                       :
       - against -                    :   **ORDER**
                                       :
PRINCE WAREHAM,                        :
                Defendant.    :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, June 24, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 817 396 565#

Dated: June 18, 2024
       New York, NY

                                          **RICHARD M. BERMAN**
                                                    **U.S.D.J.**