UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                            :
                  Government,   :     11 CR. 912 (RMB)
                                            :
        - against -                :     **ORDER**
                                            :
PRINCE WAREHAM,                             :
                                            :
                  Defendant.    :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, September 18, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 962 259 237#

Dated: September 10, 2024
       New York, NY

                                            */s/ Richard M. Berman*
                                         **RICHARD M. BERMAN**
                                                **U.S.D.J.**