UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,             :
                                      :
                  Government,   :     11 CR. 912 (RMB)
                                      :
      - against -                   :     **ORDER**
                                      :
PRINCE WAREHAM,                       :
                                      :
                  Defendant.    :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, October 15, 2024 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 280 563 499#

Dated: October 9, 2024
       New York, NY

                                                  *Richard M. Berman*
                                         **RICHARD M. BERMAN**
                                                 **U.S.D.J.**