UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                              Government,     :  11 CR. 912 (RMB)

         - against -                :  **ORDER**

PRINCE WAREHAM,                            :

                              Defendant.       :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, November 20, 2024 at 2:30 P.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
**Join the meeting now**

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 408 781 51#

Dated: November 13, 2024
       New York, NY

                                                     RICHARD M. BERMAN
                                                           U.S.D.J.