UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                  Government,      :     11 CR. 912 (RMB)
                                          :
      - against -                      :     **ORDER**
                                          :
PRINCE WAREHAM,                           :
                                          :
                  Defendant.       :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, January 13, 2025 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 463 868 968#

Dated: January 8, 2025
       New York, NY

                                              **RICHARD M. BERMAN**
                                                    U.S.D.J.