UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                      Government,        :        11 CR. 912 (RMB)
                                         :
            - against -                  :        **ORDER**
                                         :
PRINCE WAREHAM,                          :
                                         :
                      Defendant.         :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, March 20, 2025 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 505 493 123#

Dated: March 12, 2025
       New York, NY

*Richard M. Berman*
_____
   **RICHARD M. BERMAN**
        **U.S.D.J.**