**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                            :
                      Government,            :          11 CR. 912 (RMB)
                                            :
        - against -                       :          **ORDER**
                                            :
PRINCE WAREHAM,                             :
                                            :
                      Defendant.             :
------------------------------------------------------------x

       The supervised release hearing previously scheduled for Thursday, April 24, 2025 at 11:00 A.M. is hereby rescheduled to Thursday, May 8, 2025 at 11:00 A.M.

       In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams

**Join the meeting now**

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 409 112 801#

Dated: March 25, 2025
       New York, NY

                                                   _/s/ Richard M. Berman_
                                                   **RICHARD M. BERMAN**
                                                          **U.S.D.J.**