**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,  :     11 CR. 912 (RMB)
                                           :
      - against -                         :     **ORDER**
                                           :
PRINCE WAREHAM,                            :
                                           :
                Defendant.   :
------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, May 8, 2025 at 11:00 A.M.

On all the parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 409 112 801#

Dated: April 30, 2025
       New York, NY

*Richard M. Berman*
_____
**RICHARD M. BERMAN**
**U.S.D.J.**