**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                Government,    :    11 CR. 912 (RMB)
                                             :
       - against -                    :    **ORDER**
                                             :
PRINCE WAREHAM,                              :
                                             :
                Defendant.     :
------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, June 26, 2025 at 11:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 689 698 658#

Dated: June 18, 2025
       New York, NY

                                              **RICHARD M. BERMAN**
                                                        **U.S.D.J.**