UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,          :
                                                            :
                     Government,          :          11 CR. 912 (RMB)
                                                            :
      - against -                      :          **ORDER**
                                                            :
PRINCE WAREHAM,                            :
                                                            :
                     Defendant.          :
---------------------------------------------------------------x

      The supervised release hearing is scheduled for Thursday, August 7, 2025 at 11:00 A.M.

      On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 381 050 824#

Dated: July 30, 2025
       New York, NY

                                           _____
                                            **RICHARD M. BERMAN**
                                                   **U.S.D.J.**