UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA, :
:
                Government, :     11 CR. 912 (RMB)
:
   - against - :     **ORDER**
:
PRINCE WAREHAM, :
:
                Defendant. :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, September 18, 2025 at 11:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

   Dial-in Number: (646) 453-4442
   Conference ID: 357 295 455#

Dated: September 10, 2025
      New York, NY

                                                          *Richard M. Berman*
                                                     **RICHARD M. BERMAN**
                                                             **U.S.D.J.**