**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                                                          :
                Government,               :          11 CR. 912 (RMB)
                                                                          :
      - against -                                  :          **ORDER**
                                                                          :
PRINCE WAREHAM,                              :
                                                                          :
                Defendant.                  :
------------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, October 30, 2025 at 10:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
**[Join the meeting now](#)**

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 610 647 684#

Dated: October 22, 2025
       New York, NY

                                                                         **RICHARD M. BERMAN**
                                                                           **U.S.D.J.**