**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

UNITED STATES OF AMERICA,         :
        :
        Government,      :     11 CR. 912 (RMB)
        :
     - against -      :     **ORDER**
        :
PRINCE WAREHAM,        :
        :
       Defendant.     :
----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, December 11, 2025 at 11:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 556 828 375#

Dated: December 3, 2025
    New York, NY

*Richard M. Berman*
**RICHARD M. BERMAN**
**U.S.D.J.**