**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                              Government,           :          11 Cr. 912 (RMB)
                                                   :
          - against -                              :          **ORDER**
                                                   :
PRINCE WAREHAM,                                    :
                                                   :
                              Defendant.            :
-------------------------------------------------------------x

        The supervised release hearing is scheduled for January 27, 2026 at 9:00 A.M. on

Microsoft Teams. The Court will send the link by email.

Dated: January 22, 2026
        New York, NY


                                                   _____
                                                   **RICHARD M. BERMAN**
                                                   **U.S.D.J.**