**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

UNITED STATES OF AMERICA,            :

                      :

              Government,     :         11 Cr. 912 (RMB)

                      :

      - against -         :         **ORDER**

                      :

PRINCE WAREHAM,            :

                      :

             Defendant.     :

------------------------------------------------------------------x

      The supervised release hearing is scheduled for February 25, 2026 at 12:00 P.M. on

Microsoft Teams. The Court will send the link by email.

Dated: February 18, 2026
      New York, NY



**RICHARD M. BERMAN**
**U.S.D.J.**