**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :

                                Government,           :          11 Cr. 912 (RMB)

             - against -                          :          **ORDER**

PRINCE WAREHAM,                                    :

                            Defendant.            :
------------------------------------------------------------------x

       The supervised release hearing previously scheduled for February 25, 2026 at

12:00 p.m. is rescheduled to March 3, 2026 at 3:30 P.M. on Microsoft Teams. The Court

will send the link by email.

Dated: February 25, 2026
      New York, NY

                                                      **RICHARD M. BERMAN**
                                                       **U.S.D.J.**