**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                          Government,        :      11 Cr. 912  (RMB)
                                             :
              - against -                    :      **ORDER**
                                             :
                                             :
PRINCE WAREHAM,                              :
                                             :
                          Defendant.         :
-------------------------------------------------------------------x

The supervised release hearing previously scheduled for March 3, 2026 at 3:30 P.M. is hereby rescheduled to March 18, 2026 at 11 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: February 27, 2026
       New York, NY

_____
**RICHARD M. BERMAN**
**U.S.D.J.**