**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

                               :

                  Government,            :            11 Cr. 912 (RMB)

                               :

        - against -                       :            **ORDER**

                               :

PRINCE WAREHAM,                              :

                               :

                  Defendant.            :

---------------------------------------------------------------x

The supervised release hearing is scheduled for April 16, 2026 at 9:00 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: April 9, 2026
      New York, NY

                                          **RICHARD M. BERMAN**
                                            **U.S.D.J.**