**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
UNITED STATES OF AMERICA,         :

                                          :

                 Government,      :          11 CR. 912 (RMB)

                                          :

        - against -           :          **ORDER**

                                          :

PRINCE WAREHAM,              :

                                          :

               Defendant.      :
-------------------------------------------------------------------x

        The supervised release hearing is scheduled for Thursday, July 2, 2026 at

9:00 A.M.

        The court will send the link via email.


Dated: June 24, 2026
      New York, NY

                                          **RICHARD M. BERMAN**
                                           **U.S.D.J.**